IN THE UNITED STATES BANKRUPTCY COURT
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| IN RE: | § § | No. 25-35777 |
| **Zatezalo, Christopher Lee** | § § | Chapter 7 |
| | § § | |
| DEBTOR(S) | § § | |

### DECLARATION OF DEBTOR REGARDING SPECIAL CIRCUMSTANCES ADJUSTMENTS TO INCOME AND EXPENSES

My name is **Christopher Lee Zatezalo.** I make this declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

I declare that the following special circumstances applicable to my financial situation justify an adjustment to my income and expenses, as follows:

### Adjustments to Current Monthly Income:

    Total Special Circumstances Adjustment to Current Monthly Income:  $0.00

### Adjustments to Monthly Allowed Expenses:

I am a truck driver employee. My employer pays me a weekly per diem that can vary from nothing to $160 up to $550 per week depending up the loads I take and the distance I travel. There are many weeks where I am traveling across the country 7 days a week. This per diem, covers my out of pocket expenses for work related expenses like weight stations, tolls, truck washes and overnight parking. It also covers my personal expenses for laundry, showers, electronic supplies, internet connection, cell phone and my road food and drinks. I am away from home days at the time and the per diem covers my daily personal expenses. My average monthly expenses are listed below.

| | |
|---|---|
| Cell Phone & Ipad | $117.90 |
| Harris County Tolls | $18.00 |
| Over the road supplies electronic equipment and laundry & bedding | $115.00 |

      Road food & drink                                          $820.00

      Truck parking/showers/weigh stations             $125.00

Total Special Circumstances Adjustments to Monthly Allowed Expenses: $ 1195.90

I declare under penalty or perjury that the foregoing is true and correct

Dated: October 16, 2025

*Christopher Zatezalo*

Christopher Lee Zatezalo

## CERTIFICATE *of* SIGNATURE

REF. NUMBER
**XM4GJ-NHEKU-VWH4C-O6ZE2**

DOCUMENT COMPLETED BY ALL PARTIES ON
**16 OCT 2025 13:50:05**
UTC

**SIGNER**

**CHRISTOPHER ZATEZALO**

EMAIL
**LZATEZALO77@GMAIL.COM**

**TIMESTAMP**

SENT
**16 OCT 2025 07:37:24**
VIEWED
**16 OCT 2025 13:48:59**
SIGNED
**16 OCT 2025 13:50:05**

**SIGNATURE**

*Christopher Zatezalo*

IP ADDRESS
**104.187.101.195**
LOCATION
**SPRING, UNITED STATES**

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**16 OCT 2025 13:48:59**

Signed with PandaDoc

PAGE 1 OF 1

